# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 17-00184-CG |
| ) | |
| ANTWAN RIVERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States (Doc. 19) and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the following asset is dismissed from the Forfeiture Allegation of the Indictment in this cause against **ANTWAN RIVERS**:

**(1) One Taurus 9mm handgun, model PT92AF, SN: T1C77177.**

**DONE and ORDERED** this 19th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE